UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRIS PARTRIDGE** | : | |
| | : | |
| Plaintiff, | : | Case No. 4:26-cv-10821 |
| | : | |
| v. | : | District Judge Shalina D. Kumar |
| | : | |
| **UNIVERSITY OF MICHIGAN, et al.** | : | Magistrate Judge Curtis Ivy, Jr. |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Now comes Jessica N. Moore of Abdnour Weiker, LLP and hereby enters an appearance as counsel of record on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

**/s/ Jessica N. Moore, Esq.**
Jessica N. Moore, Esq. (OH: 0101098)
ABDNOUR WEIKER, LLP
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
Jessica@awlawohio.com
*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on March 12, 2026.

Notice of this filing will be sent to all parties by operation of this court's electronic filing system.

        Respectfully submitted,

        ***/s/ Jessica N. Moore, Esq.***
        Jessica N. Moore, Esq. (OH: 0101098)