**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRIS PARTRIDGE,

     Plaintiff,

v.

UNIVERSITY OF MICHIGAN,
UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, and
WARDE MANUEL, in his official
and individual capacities,

     Defendants.

Case No. 5:26-cv-10821-SDK-CI

Hon. Shalina D. Kumar

---

Elizabeth K. Abdnour (P78203)
Sara Dagher (P87077)
ABDNOUR WEIKER LLP
325 E. Grand Blvd., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
sara@education-rights.com

Mark A. Weiker (P85381)
Jessica N. Moore (OH: 0101098)
ABDNOUR WEIKER LLP
262 S. Third St.
Columbus, OH 43215
(614) 745-2001
mark@education-rights.com
jessica@education-rights.com

Brian M. Schwartz (P69018)
D. Kyle Bierlein (P78278)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
*Attorneys for Defendants*
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bierlein@millercanfield.com

---

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Brian M. Schwartz of Miller, Canfield, Paddock & Stone, P.L.C., hereby enters his Appearance on behalf of Defendants in the above-captioned action.

Entry of this appearance shall in no way be deemed a waiver of any and all defenses, including but not limited to any and all immunity and jurisdictional defenses, available to Defendants.

Dated: March 19, 2026

Respectfully submitted,

*/s/ Brian M. Schwartz*
Brian M. Schwartz (P69018)
D. Kyle Bierlein (P78278)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
*Attorneys for Defendants*
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bierlein@millercanfield.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I caused the foregoing paper to be filed with the Clerk of the Court via the ECF/CM filing system, which will send copies to all counsel of record.

*/s/ Brian M. Schwartz*
Brian M. Schwartz (P69018)