# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRIS PARTRIDGE

     *Plaintiff,*                              Case No. 4:26-cv-10821

v.                                         District Judge Shalina D. Kumar

UNIVERSITY OF MICHIGAN, et al.     Magistrate Judge Curtis Ivy, Jr.

     *Defendants*.

---

## <u>NOTICE OF APPEARANCE</u>

Now comes Sara Dagher of ABDNOUR WEIKER, LLP and hereby enters an appearance as counsel of record on behalf of Plaintiff in the above-captioned matter.

Dated: March 20, 2026                     Respectfully submitted,

                                              */s/ Sara Dagher*
                                              Sara Dagher (P87077)
                                                ABDNOUR WEIKER, LLP
                                              325 E. Grand River Ave., Ste. 250
                                              East Lansing, MI 48823
                                              (517) 994-1776
                                              sara@education-rights.com

                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court on March 20, 2026. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system.

Respectfully submitted,

*/s/ Sara Dagher*
Sara Dagher (P87077)