**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHRIS PARTRIDGE,

      Plaintiff,

v.

UNIVERSITY OF MICHIGAN,
UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, and
WARDE MANUEL, in his official
and individual capacities,

      Defendants.

Case No. 5:26-cv-10821-SDK-CI

Hon. Shalina D. Kumar

---

Elizabeth K. Abdnour (P78203)
Sara Dagher (P87077)
ABDNOUR WEIKER LLP
325 E. Grand Blvd., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
sara@education-rights.com

Mark A. Weiker (P85381)
Jessica N. Moore (OH: 0101098)
ABDNOUR WEIKER LLP
262 S. Third St.
Columbus, OH 43215
(614) 745-2001
mark@education-rights.com
jessica@education-rights.com

Brian M. Schwartz (P69018)
D. Kyle Bierlein (P78278)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
*Attorneys for Defendants*
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bierlein@millercanfield.com

---

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT WITH PREJUDICE – EXHIBIT LIST**

**Exhibit 1.**     Memorandum of Understanding

**Exhibit 2.**     Grievance

**Exhibit 3.**     3/8/24 Grievance Determination

**Exhibit 4.**     SPG 201.12