# *Exhibit 1*

| | |
|---|---|
| **TO:** | CHRIS PARTRIDGE |
| **FROM:** | WARDE MANUEL |
| **SUBJECT:** | MEMORANDUM OF UNDERSTANDING |
| **DATE:** | FEBRUARY 7, 2023 |
| **CC:** | JIM HARBAUGH |
| | TIFFANY RAYMOND |
| | DOUG GNODTKE |

I am offering you the following terms for your appointment as a Defensive Analyst at the University of Michigan. Your employment is contingent upon the successful completion of the University's pre-employment requirements. This term is subject to your satisfactory performance of your duties as determined by the Head Football Coach and Athletic Director and your compliance with NCAA, Big Ten Conference and University rules and regulations, policies, interpretations and by-laws (collectively, "Rules").

**Term:**

| | |
|---|---|
| Effective Date: | February 3, 2023 |
| Expiration Date: | January 31, 2024 |
| Annual Base Salary: | $150,000 |

All University of Michigan policies, practices, and procedures applicable to your classification will apply to you during your employment. You will not be eligible for annual merit increases but will be eligible for all other benefits as currently provided to employees in your job classification at Michigan Athletics, including but not limited to the election of the University's applicable standard fringe benefits. Additionally, you may be eligible to receive a team performance bonus at the discretion of the Athletic Director. If, during the term of employment, you are assigned on-field coaching duties and responsibilities, your annual base salary will change to $500,000 effective the date of the change.

In the event of: An act of God; strike, lockout or other labor dispute; power outage; pandemic or epidemic event; quarantine; natural disaster; war; any decision, order, law, rule or regulation, or restriction of the Big Ten Conference or of the National Collegiate Athletic Association, or any successor conference or association of which the University may be a member; any decision, order, law, rule or regulation, or restriction of any federal, state or municipal agency or official; or the occurrence of any other event that is beyond the reasonable control of the University and which results in a significant loss or interruption in Athletic Department revenues, the University shall have the right to reduce any or all categories of your compensation by the same percentage and for the same duration as shall be applied to non-contract and non-union employees of the Athletic Department.

If you leave this position during the Term prior to the last contest played in the 2023 season, including any bowl or other post-season games, you will owe Michigan a buyout equal to 100% of your annual base salary. The buyout shall be paid to the University in full within thirty (30) days of the announcement of your departure and the University may set off against the buyout, you will owe any amounts the University owes to you at the time of the announcement of your departure.

At the conclusion of your employment, you will not be eligible for Reduction-In-Force (RIF) status. You will be subject to the University's standard provisions applicable to employees in your classification regarding termination of your employment. Your employment is at will and may be terminated with or without cause. In the event of a without cause termination, your base salary for the remainder of the Term will be paid to you in full.

It is important you understand that, as a team member of the Michigan Athletic Department, you agree to abide by and comply with the NCAA, Big Ten Conference, and University Rules. You will use maximum efforts to ensure compliance with these Rules by student-athletes, coaches and staff. If you become aware of or have reason to believe that violations of the NCAA, Big Ten, or University Rules may have taken place, you are obligated to report it promptly to the Athletic Director or the Compliance Services Office.

I accept and agree to the above terms:

_____          02/07/2023

CHRIS PARTRIDGE                                    Date