*Exhibit 2*



| **Non-Bargained For Staff Grievance Packet** |
| --- |

This packet is used to begin the grievance process. The grievance procedure is outlined in Standard Practice Guide 201.08 (Grievance Procedure and Dispute Resolution).

In order of preference, you are requested to make three (3) selections from the attached University Grievance Review Committee Panel List. Only one (1) of your three (3) preferred panel members will attend the grievance hearing. Your selections should not be employed in the same vice presidential or vice chancellor area in which you work/worked. **DO NOT** discuss your grievance with any panel members prior to the grievance hearing, as this person is a neutral party. This packet also contains the University Grievance Review Committee Panel List

Please complete the information below and attach this sheet to your grievance form. The grievance scheduling process will begin once all required information is received.

If you have any questions, please contact Staff HR at 734-763-2387

Date: _December 16, 2023_____     UMID: _5375 6117_____

Name: Chris Partridge_____     Department: Athletics

Home Address: _4138 Timber Ridge Drive, Ann Arbor, MI 48108_____

_____

Phone Number: _(201) 925-5017_____

Panel Member Choices (List in order of preference)

Choice 1: Shamille Orr_____

Choice 2: Bobby Hewlett III_____

Choice 3: Jolena Nollar_____

List dates/times (in the next 60 days) you will be unavailable to attend the grievance hearing _12/21, 12/23, 12/25-12/26, 1/1, 1/5, 1/15-2/9_____

Rev 11/20/17

**Form HR39707**

# STAFF MEMBER GRIEVANCE

 UNIVERSITY OF MICHIGAN

**SPG 201.8**

**University Unit:** Athletics

**Grievance No.:**

**Step 1:** (Oral) Discuss grievance with immediate supervisor

**Step 2:**

| Last Name: Partridge | First Name: Chris | Middle Name: |
|---|---|---|

| UMID: 5375 6117 | Department: Athletics | Department Head's Name: Warde Manual |
|---|---|---|

Staff Member's Statement of Grievance (include facts, dates, policy or regulation involved, if any, and the remedy desired).

1) I was terminated without cause in violation of my contract. My termination letter also did not state that I was terminated for cause. On November 17, 2023, I was asked to meet with Warde Manual and my direct supervisor, Doug Gnodke. Mr. Manual stated that he was firing me effective immediately because I disobeyed a directive to not communicate with a player about the current NCAA investigation. However, I never approached a player myself nor did I attempt to hinder the investigation. I was approached by student athletes who were extremely nervous and shook up by the interviews that were taking place. My role as a mentor to them is to calm them down. My colleagues and I worked together to help calm the athletes in the investigation because the manner that the investigation was being allowed to operate was intimidating to the athletes. The same athletes that we are tasked to protect and guide in all aspects of their lives. When something happens at the University the athletes come to us first, the parents of these athletes call us first. To ask us not to acknowledge them or to turn them away goes against everything we are taught as coaches. The Directive that was issued in person by Debra Kolwich was asked repeatedly by the Head Football Coach Jim Harbaugh to be put in writing by the Athletics department to his staff, which was never done. I did nothing inappropriate or different from anyone else however I was the only staff member that was terminated or disciplined.

2) I was wrongly denied a Disciplinary Review Committee meeting. During the November 17, 2023, meeting, when I attempted to respond to the allegations, Warde Manual had no interest in hearing what I had to say, saying his mind was made up. When I raised this concern with Mr. Gnodke via email on December 1, 2023, he responded as follows: "Pursuant to your Memorandum of Understanding dated February 7, 2023, your employment was subject to the satisfactory performance of your duties as determined by the Head Football Coach and Athletic Director. As previously discussed and as indicated in your discharge letter it has been determined that you failed to satisfactorily perform your duties. As a result, you are not entitled to continued pay. In addition, since you were subject to removal at the discretion of the Head Football Coach and Athletic Director for unsatisfactory performance of your duties you were not entitled to a DRC pursuant to 201.12 III(C)." However, SPG 201.12(III)(C) reads: "Temporary and probationary employees, employees where alternative employment arrangements exist, and those whose employment agreement states that they serve at the pleasure of a particular University official are not covered by this Standard Practice Guide." I was not a temporary or probationary employee; I did not have an alternative employment arrangement, and my employment agreement did not state that I served at the pleasure of anyone. Therefore, I was entitled to a DRC.

| Staff Member's SIGNATURE: | DATE Received by Department Head: |
|---|---|

Department Head's Decision

| Department Head's SIGNATURE: | DATE given to Staff Member: |
|---|---|



**Form HR39707**

# STAFF MEMBER GRIEVANCE



## Step 3:

University Grievance Review Committee Decision:

Date Received by University Grievance Committee:

| DATE given to Staff Member: | University Grievance Review Committee: |
|---|---|

---

Form HR39707          Revised 2/2015          Available at: http://www.hr.umich.edu/hrris/forms/pdfs/grievance.pdf