**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRIS PARTRIDGE** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 4:26-cv-10821** |
| | : | |
| **v.** | : | **District Judge Shalina D. Kumar** |
| | : | |
| **UNIVERSITY OF MICHIGAN,** | : | **Magistrate Judge Curtis Ivy, Jr.** |
| **et al.** | : | |
| **Defendants.** | : | |

---

Elizabeth K. Abdnour (P78203)
Sara Dagher (P87077)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
sara@education-rights.com

Mark A. Weiker (P85381)
Jessica N. Moore (OH: 0101098)
ABDNOUR WEIKER LLP
262 S. Third St.
Columbus, OH 43215
(614) 745-2001
mark@education-rights.com
jessica@education-rights.com
*Attorneys for Plaintiff*

Brian M. Schwartz (P69018)
D. Kyle Bierlein (P78278)
MILLER, CANFIELD, PADDOCK AND STONE
P.L.C.
*Attorneys for Defendants*
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bierlein@millercanfield.com

---

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Plaintiff Chris Partridge

substitutes MITCHELL D. SICKON (P82407), as counsel of record in place of SARA DAGHER

(P87077) in the above-titled action. Attorney Dagher is no longer employed at Abdnour Weiker, LLP. Plaintiff, Attorney Sickon, and Attorney Dagher all consent to the substitution and have all signed a completed Administrative Office of the U.S. Courts Form 154. Plaintiff stands ready to provide the Court with that Form 154 should the Court so require. All other named attorneys for Plaintiff, Elizabeth K. Abdnour, Mark A. Weiker, and Jessica N. Moore, will continue as attorney of record for Plaintiff.

Respectfully submitted,

/s/ *Mitchell D. Sickon*
Mitchell D. Sickon (P82407)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
P: (248) 487-1645
F: (614) 417-5081
Dated: May 13, 2026     mitch@education-rights.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRIS PARTRIDGE** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 4:26-cv-10821** |
| | : | |
| **v.** | : | **District Judge Shalina D. Kumar** |
| | : | |
| **UNIVERSITY OF MICHIGAN,** | : | **Magistrate Judge Curtis Ivy, Jr.** |
| **et al.** | : | |
| **Defendants.** | : | |

---

## ORDER GRANTING SUBSTITUTION OF ATTORNEY

This matter having come before the Court upon Plaintiff's Notice of Substitution of Attorney, and for good cause shown,

IT IS HEREBY ORDERED that MITCHELL D. SICKON (P82407) has been substituted as counsel of record for Plaintiff in place of SARA DAGHER (P87077).

IT IS SO ORDERED.


Dated: May 15, 2026                                    s/Shalina D. Kumar
                                                        Shalina D. Kumar
                                                        United States District Judge