**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRIS PARTRIDGE,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN;
UNIVERSITY OF MICHIGAN
BOARD OF REGENTS; SANTA ONO,
in his official and individual capacities;
WARDE MANUEL, in his official
and individual capacities; and TONY PETITTI,

    Defendants.

Case No. 4:26-cv-10821-SDK-CI
Hon. Shalina D. Kumar

---

Elizabeth K. Abdnour (P78203)
Mitchell D. Sickon (P82407)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
mitch@education-rights.com

Mark A. Weiker (P85381)
Jessica N. Moore (OH: 0101098)
ABDNOUR WEIKER LLP
262 S. Third St.
Columbus, OH 43215
(614) 745-2001
mark@education-rights.com
jessica@education-rights.com

*Attorneys for Plaintiff*

Brian M. Schwartz (P69018)
D. Kyle Bierlein (P78278)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bierlein@millercanfield.com

*Attorneys for Defendants University of Michigan, University of Michigan Board of Regents, Santa Ono, and Warde Manuel*

---

## STIPULATION TO EXTEND TIME BY WHICH TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

On June 1, 2026, Plaintiff filed an Amended Complaint, adding two new parties, including former University of Michigan President Santa Ono.  The current "University Defendants" include: (1) University of Michigan; (2) University of Michigan Board of Regents; (3) Santa Ono; and (4) Warde Manuel.  On behalf of Santa Ono, counsel for the University Defendants has agreed to waive service of process and his deadline to answer or otherwise respond to the Amended Complaint is August 3, 2026.  To provide a single date for the University Defendants to file a single response to the Amended Complaint, the parties have agreed that all University Defendants shall have until August 3, 2026 to answer or otherwise respond.

Accordingly, IT IS HEREBY ORDERED that the deadline for the University Defendants to answer or otherwise respond to Plaintiff's Amended Complaint shall be August 3, 2026.

IT IS SO ORDERED.

|  |  |
|---|---|
| | s/Shalina D. Kumar |
| Date: June 8, 2026 | Shalina D. Kumar |
| | United States District Judge |

2

**AS TO FORM AND CONTENT**:

*/s/ Elizabeth K. Abdnour (with permission)*
Elizabeth K. Abdnour (P78203)
Mitchell D. Sickon (P82407)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
mitch@education-rights.com

Mark A. Weiker (P85381)
Jessica N. Moore (OH: 0101098)
ABDNOUR WEIKER LLP
262 S. Third St.
Columbus, OH 43215
(614) 745-2001
mark@education-rights.com
jessica@education-rights.com

*Attorneys for Plaintiff*

*/s/ Brian M. Schwartz*
Brian M. Schwartz (P69018)
D. Kyle Bierlein (P78278)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bierlein@millercanfield.com

*Attorneys for Defendants University of Michigan, University of Michigan Board of Regents, Santa Ono, and Warde Manuel*

3