IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHRIS PARTRIDGE,                              )
                                             )
                    Plaintiff,                )
                                             )
        v.                                    )    Case No. 4:26-CV-10821
                                             )
UNIVERSITY OF MICHIGAN;                       )    Hon. Shalina D. Kumar
UNIVERSITY OF MICHIGAN                        )
BOARD OF REGENTS; SANTA                       )    Mag. Judge Curtis Ivy, Jr.
ONO, in his official and individual           )
capacities; WARDE MANUEL, in                  )
his official and individual capacities;       )
and TONY PETITTI,                             )
                                             )
                    Defendants.               )

## APPEARANCE

TO:  Clerk of the United States District Court for the Eastern District of Michigan

        PLEASE ENTER THE APPEARANCE for Derek J. Linkous of the law firm

of Bush Seyferth PLLC on behalf of Defendant Tony Pettiti in the above-referenced

matter.

                                Respectfully submitted,


Dated: July 28, 2026                By:  /s/ *Derek J. Linkous*
                                         Derek J. Linkous (P82268)
                                         BUSH SEYFERTH PLLC
                                         100 West Big Beaver Road, Suite 400
                                         Troy, MI 48084
                                         (248) 822-7800
                                         linkous@bsplaw.com

## <u>NOTICE OF APPEARANCE</u>

TO: All Counsel of Record

PLEASE TAKE NOTICE that Derek J. Linkous of the law firm of Bush Seyferth PLLC has this date entered an Appearance on behalf of Defendant Tony Pettiti in the above-referenced matter.

Respectfully submitted,

Dated: July 28, 2026        By:   /s/ *Derek J. Linkous*
                                         Derek J. Linkous (P82268)
                                         BUSH SEYFERTH PLLC
                                         100 West Big Beaver Road, Suite 400
                                         Troy, MI 48084
                                         (248) 822-7800
                                         linkous@bsplaw.com

2