IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| CHRIS PARTRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-10821 |
| | ) | |
| UNIVERSITY OF MICHIGAN; | ) | Hon. Shalina D. Kumar |
| UNIVERSITY OF MICHIGAN | ) | |
| BOARD OF REGENTS; SANTA | ) | Mag. Judge Curtis Ivy, Jr. |
| ONO, in his official and individual | ) | |
| capacities; WARDE MANUEL, in | ) | |
| his official and individual capacities; | ) | |
| and TONY PETITTI, | ) | |
| | ) | |
| Defendants. | ) | |

## **APPEARANCE**

TO:   Clerk of the United States District Court for the Eastern District of Michigan

PLEASE ENTER THE APPEARANCE for Susan M. McKeever of the law firm of Bush Seyferth PLLC on behalf of Defendant Tony Pettiti, in the above-referenced matter.

Respectfully submitted,

Dated: July 28, 2026               By:   /s/ *Susan M. McKeever*
                                                Susan M. McKeever (P73533)
                                                100 W. Big Beaver Road, Suite 400
                                                Troy, MI 48084
                                                (248) 822-7800
                                                mckeever@bsplaw.com

## NOTICE OF APPEARANCE

TO:   All Counsel of Record

PLEASE TAKE NOTICE that Susan M. McKeever of the law firm of Bush Seyferth PLLC has this date entered an Appearance on behalf of Defendant Tony Pettiti, in the above-referenced matter.

Respectfully submitted,

By: /s/ *Susan M. McKeever*
Susan M. McKeever (P73533)
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800
mckeever@bsplaw.com

Dated: July 28, 2026

2