**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CHRIS PARTRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-10821 |
| | ) | |
| UNIVERSITY OF MICHIGAN; | ) | Hon. Shalina D. Kumar |
| UNIVERSITY OF MICHIGAN | ) | |
| BOARD OF REGENTS; SANTA | ) | Mag. Judge Curtis Ivy, Jr. |
| ONO, in his official and individual | ) | |
| capacities; WARDE MANUEL, in | ) | |
| his official and individual capacities; | ) | |
| and TONY PETITTI, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE

TO:   Clerk of the United District Court for the Eastern District of Michigan

PLEASE ENTER THE APPEARANCE for Tacy F. Flint of the law firm of

Sidley Austin LLP on behalf of Defendant Tony Petitti, in the above-referenced

matter.

Dated: July 28, 2026

Respectfully submitted,

By: */s/ Tacy F. Flint*
    Tacy F. Flint
    Sidley Austin LLP
    One South Dearborn
    Chicago, IL  60603
    (312) 853-7000
    tflint@sidley.com

## <u>NOTICE OF APPEARANCE</u>

TO:   All Counsel of Record

PLEASE TAKE NOTICE THAT Tacy F. Flint of the law firm of Sidley Austin LLP has this date entered an Appearance on behalf of Defendant Tony Petitti in the above-referenced matter.

Dated: July 28, 2026                           Respectfully submitted,

By: <u>*/s/ Tacy F. Flint*</u>
Tacy F. Flint
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000
tflint@sidley.com