**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| CHRIS PARTRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-10821 |
| | ) | |
| UNIVERSITY OF MICHIGAN; | ) | Hon. Shalina D. Kumar |
| UNIVERSITY OF MICHIGAN | ) | |
| BOARD OF REGENTS; SANTA | ) | Mag. Judge Curtis Ivy, Jr. |
| ONO, in his official and individual | ) | |
| capacities; WARDE MANUEL, in | ) | |
| his official and individual capacities; | ) | |
| and TONY PETITTI, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>APPEARANCE</u>

TO:   Clerk of the United District Court for the Eastern District of Michigan

PLEASE ENTER THE APPEARANCE for Thomas H. Collier of the law

firm of Sidley Austin LLP on behalf of Defendant Tony Petitti, in the above-

referenced matter.

Dated: July 28, 2026

Respectfully submitted,

By: */s/ Thomas H. Collier*
Thomas H. Collier
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000
tcollier@sidley.com

## NOTICE OF APPEARANCE

TO:   All Counsel of Record

PLEASE TAKE NOTICE THAT Thomas H. Collier of the law firm of Sidley Austin LLP has this date entered an Appearance on behalf of Defendant Tony Petitti in the above-referenced matter.

Dated: July 28, 2026

Respectfully submitted,

By: */s/ Thomas H. Collier*
  Thomas H. Collier
  Sidley Austin LLP
  One South Dearborn
  Chicago, IL  60603
  (312) 853-7000
  tcollier@sidley.com