**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRIS PARTRIDGE,

     Plaintiff,

v.

UNITED STATES DISTRICT COURT

Case No. 4:26-cv-10821-SDK-CI
Hon. Shalina D. Kumar

UNIVERSITY OF MICHIGAN;
UNIVERSITY OF MICHIGAN BOARD
OF REGENTS; SANTA ONO, in his official
and individual capacities; WARDE MANUEL,
in his official and individual capacities; and
TONY PETITTI,

     Defendants.

---

Elizabeth K. Abdnour (P78203)
Mitchell D. Sickon (P82407)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
mitch@education-rights.com

Mark A. Weiker (P85381)
Jessica N. Moore (OH: 0101098)
ABDNOUR WEIKER LLP
262 S. Third St.
Columbus, OH 43215
(614) 745-2001
mark@awlawohio.com
jessica@awlawohio.com

*Attorneys for Plaintiff*

Brian M. Schwartz (P69018)
D. Kyle Bierlein (P78278)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bierlein@millercanfield.com

*Attorneys for Defendants University of
Michigan, University of Michigan
Board of Regents, Santa Ono, and
Warde Manuel ("University
Defendants")*

---

**UNIVERSITY DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE**
**EXHIBIT LIST**

**Exhibit 1.**    Memorandum of Understanding

**Exhibit 2.**    Grievance

**Exhibit 3.**    3/8/24 Grievance Determination

**Exhibit 4.**    SPG 201.12