**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CHRIS PARTRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-10821 |
| | ) | |
| UNIVERSITY OF MICHIGAN; | ) | Hon. Shalina D. Kumar |
| UNIVERSITY OF MICHIGAN | ) | |
| BOARD OF REGENTS; SANTA | ) | Mag. Judge Curtis Ivy, Jr. |
| ONO, in his official and individual | ) | |
| capacities; WARDE MANUEL, in | ) | |
| his official and individual capacities; | ) | |
| and TONY PETITTI, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TONY PETITTI'S**
**MOTION TO DISMISS WITH PREJUDICE – EXHIBIT LIST**

**Exhibit A.**  Unpublished Cases

**Exhibit A-1.** *Cooper-Keel v. Baker*,
-- N.W.3d --, No. 370456, 2025 WL 1384809 (Mich. Ct. App. May 13, 2025)

**Exhibit A-2.** *Kelly v. Daily Beast Co.*,
No. 1:22-cv-482, 2022 WL 17546616 (W.D. Mich. Dec. 9, 2022)

**Exhibit A-3.** *Solek v. K & B Transp., Inc.*,
No. 21-cv-10442, 2021 WL 4290181 (E.D. Mich. Sept. 21, 2021)