SPG U-M Standard Practice Guide

UNIVERSITY OF MICHIGAN

# Standard Practice Guide Policies

## Definitions

201.10

**Applies to:** All Faculty and Staff

**PURPOSE:** To provide definitions to terms used in Human Resource policies, procedures and practices.

**ADDITIONAL COMPENSATION**: Pay, whether in money or in-kind (awards, prizes, gifts, etc.), that is in excess of the base monthly salary or hourly rate of pay, inclusive of premiums and differential payments. Overtime compensation is excluded. Awards, prizes and gifts (excluding raffles) that are presented to University faculty or staff are generally subject to tax withholding.

**ADMINISTRATIVE DEPARTMENT**: The department that is responsible for the maintenance of an appointment: pay rate, percent employed, assignments, conditions of employment, etc. If a faculty member has a joint appointment, a memorandum of understanding will indicate which department will be the administrative department. The instructional department is where the faculty member's instructional allegiance lies.

**APPOINTING DEPARTMENT**: Department where the appointment is held.

**APPOINTMENT**: Document issued by the University of Michigan that identifies classification, department, employment status, rate, and appointment fraction. The appointment fraction equates to the hours normally scheduled to work.

**APPOINTMENT ANNUAL FULL-TIME RATE (FTR)**: The annualized full-time rate, also called the Institutional Base Salary, reflects the amount of pay an employee would receive if he/she were employed full-time for the entire academic or calendar year. Excluded from this figure are monies that some University employees may receive, such as: summer teaching, summer research, overload appointments, extension teaching, awards for distinguished professors, incentive payments, clinical service, overtime, and temporary administrative differentials.

**CALENDAR WEEK**: Seven (7) consecutive calendar days beginning at midnight between Saturday and Sunday. A calendar week is a fixed and regularly recurring period of 168 hours, or seven consecutive 24-hour periods.

**CALL BACK PAY**: When an employee has left the premises and is asked to return. Call Back pay is calculated according to the latest contracts and University SPG. 201.06 (Call Back Pay) (http://spg.umich.edu/policy/201.06).

**CAREER FAMILY CLASSIFICATION SYSTEM**: A market-referenced system made up of several elements that link current University positions to relevant positions in the marketplace. The elements include Career Family, Career Band, Job Role, and Market Title. These elements provide reference points that help define a position's career path options by matching relevant job duties at each level of the structure.

1. **Career Family**: A broad meaningful grouping of jobs commonly clustered within a career emphasis. Content of defined work within a job is key criteria in determining relationship to this familial structure.
2. **Career Band**: A sub-set of jobs commonly found in the market with a recognized discipline specialty and grouped within the larger context of a Career Family
3. **Career Job Role**: Every position falls into one of three job roles that reflect the level of general organizational impact: professional, managerial or executive.
4. **Career Market Title**: The Market Title is derived from a comparison of job duties to the duties of related jobs in the external market found in salary surveys. By titling the University's classifications in parallel with similar jobs in the market we can make direct comparisons to related jobs and compensation levels as well as communicate with external job applicants using the job titles most familiar and meaningful to them. When a particular job at the University has no similar job in the market, a custom description and title is developed.

**DAY**: The twenty-four (24) consecutive hour period beginning with the staff member's starting time on each work day.

**DEPARTMENT**: A budget unit identified by a six digit "organization code" number issued by the Accounting Office. A budget unit is generally recognized by the University as a department for the purpose of reducing the work force except that large units identified by only one "organization code" number may be subdivided pursuant to the provisions of SPG 201.72 (Reduction in Force.)

**DISCHARGE**: Staff member is terminated from employment by decision of the University. Normally used after staff member has committed an act of misconduct or insubordination after which

employment cannot be continued.

**DISCIPLINE**: Action taken against a staff member as a result of misconduct. Discipline can be an oral reprimand, written reprimand, disciplinary layoff, written warning in lieu of a disciplinary layoff or discharge depending on the nature of the misconduct.

**FULL-TIME EMPLOYEE**: A regular or temporary staff member normally scheduled to work forty (40) hours per calendar week.

**FUNDING DEPARTMENT**: Department which financially supports the appointment.

**HOLIDAY**: The consecutive twenty-four (24) hour period commencing with a staff member's starting time on the calendar day on which a University designated Holiday is observed.

**HOURLY RATE**: For exempt employees, it is the base monthly salary multiplied by twelve (12) and divided by two thousand and eighty (2080). For non-exempt employees, it is the biweekly salary rate divided by 80. This excludes any additional compensation such as shift premium.

**INCOMPETENCE**: The lack of knowledge, skills or overall ability to meet the requirements of a job.

**INSTRUCTIONAL DEPARTMENT**: Academic department in which a teaching faculty's instructional allegiance lies.

**LAYOFF**: Inactive employment status resulting from reduction of the work force.

**MISCONDUCT**: Performance, conduct or behavior, whether by act or omission, which interferes with or adversely affects in any way the orderly or efficient operation of the University. This includes any violation of rules and regulations, whether written or unwritten, or unsatisfactory work performance which is caused by other than a lack of capacity or ability, and off duty or off premises behavior which adversely affects the employment relationship. "Misconduct" may also be called "unsatisfactory performance" or "undesirable conduct" or any similar term and is just cause for taking disciplinary action.

**OVERTIME**: Time worked by a non-exempt staff member, as defined by the Fair Labor Standards Act, in excess of the standard established either by law, by a collective bargaining agreement, or by University policy. (See SPG 201.38, or the appropriate collective bargaining agreement for specific provisions for overtime pay.)

**PART-TIME EMPLOYEE**: A regular or temporary staff member normally scheduled to work less than

forty (40) hours per week.

**PROBATIONARY EMPLOYEE**: A regular staff member who has not completed his/her probationary period.

**QUALIFICATIONS**: The knowledge, skill, training, ability and experience necessary or desired to effectively perform the essential duties of a position.

**QUIT**: Termination of employment at the employee's initiative without two (2) weeks notice or having given two (2) weeks notice, employee fails to work through the effective date.

**RECALL**: Return to active employment in any position or a return to former classification and department from a layoff or transfer resulting from a reduction in the work force.

**REDUCTION IN WORK FORCE**: The elimination of a filled position(s) in a classification in a department because of circumstances such as, but not limited to a lack of work, lack of funds, or reorganization.

**REGULAR COMPENSATION**: Rate plus shift premium, if applicable.

**REGULAR EMPLOYEE**: A staff member whose employment is either full or part-time and is reasonably expected to continue employment.

**REMOTE EMPLOYEE**: An employee whose departmentally-approved work schedule takes place at a specific site outside the state of Michigan or outside of the United States.

**RESIGNATION**: Termination of employment at the employee's initiative with at least two weeks written notice and the employee works through the effective date of resignation.

**SENIORITY**: The uninterrupted employment with the University beginning with the first day of appointment including any period of absence authorized by the University.

**SERVICE DATE (EMPLOYMENT DATE)**: The first day of the current continuous employment relationship.

**STUDENT EMPLOYEE**: Any individual enrolled in the University of Michigan and employed by the University whose primary purpose for being at the University is to obtain an education. Student employee status for this purpose is not affected if a student employee is not enrolled during the period between consecutive terms or during the Spring-Summer term.

**SUPERVISOR**: An individual having authority to hire, transfer, suspend, layoff, recall, promote, discharge, assign, reward, or discipline other employees, or responsibility to direct them, or to adjust their grievances, or effectively to recommend such action and who uses independent judgment in the exercise of such authority.

**SUSPENSION**: The interruption of active employment and the stopping of pay pending a decision about the extent of disciplinary action, if any, to be taken.

**TELECOMMUTING**: A departmental-approved work schedule which includes working at a non-University site on a consistent, regularly scheduled basis.

**TEMPORARY EMPLOYEE**: Any non-student employee whose employment, either full or part time, in a specific position which is irregular, sporadic, or casual, or is fixed at the time of employment to not exceed 12 consecutive months and is established for:

I. A specific project.
II. Relief for regular employee absence.
III. Augmenting regular staff occasioned by resignations, dismissals, increased work loads, or other conditions that may create a short term need.
IV. (See SPG 201.57, Temporary Employment)

**TERMINATION**: Generic term for the ending of the employment relationship at the initiative of the staff member or the University for any reason, including misconduct. A misconduct termination, however, is usually referred to as a discharge.

**TIME WORKED**: Time worked, for the purpose of computing hours of work, shall include all time a staff member (1) is actually at work or required to be on duty and (2) cannot use the time for his/her own purposes, whether or not he/she is actually working, and time spent waiting for and receiving medical attention at the direction of the University during the staff member's normal working hours on a day when he/she is working. It shall not include time spent in an on-call status, time allowed for sleep, or time spent in a travel status when the travel occurs outside the staff member's regularly assigned working time, except when the travel also involves the actual performance of the duties and responsibilities of the position.

**WORK SCHEDULE**: The time assigned a staff member as working time and non-working time. It may begin at any time on any calendar day whether or not the staff member is assigned working time that day.

**WORKING TITLE**: An optional customized title that provides greater understanding of the responsibilities and scope of the job than does the market title. Working titles are set by the business unit or department according to established guidelines.

**Notes**

NOTE: Reviewed August 28, 2019 with no changes.

**File Attachments**

Printable PDF of 201.10, Definitions (https://spg.umich.edu/sites/default/files/policies/201x10.pdf)

**SPG Number:**
201.10

**Applies To:**
All Faculty and Staff

**Date Issued:**
July 1, 1988

**Owner:**
University Human Resources

**Last Updated:**
August 12, 2019

**Primary Contact:**
Staff HR

**Next Review Date:**
August 28, 2023

**Related Policies:**
Overtime (/policy/201.38)

**Hard copies of this document are considered uncontrolled. If you have a printed version, please refer to the University SPG website (spg.umich.edu) for the official, most recent version.**
© 2019 The Regents of the University of Michigan