**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| CHRIS PARTRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN; UNIVERSITY OF MICHIGAN BOARD OF REGENTS; SANTA ONO, in his official and individual capacities; WARDE MANUEL, in his official and individual capacities; and TONY PETITTI;<br><br>Defendants. | Case No. 4:26-CV-10821<br><br>Hon. Shalina D. Kumar<br>Mag. Judge Curtis Ivy, Jr. |

**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT PETITTI'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED and AGREED by and between undersigned counsel for Plaintiff Chris Partridge and Defendant Tony Petitti, pursuant to Fed. R. Civ. P. 6(b) and E.D. Mich. LR 7.1, that:

1. Plaintiff Chris Partridge's time to respond to Defendant Tony Petitti's Motion to Dismiss filed on August 4, 2026, is extended from August 25, 2026, to September 8, 2026.

2. Defendant Tony Petitti's time to file a reply in support of his Motion to Dismiss is extended by one week, such that his reply shall be due 21 days after Plaintiff files his response to Petitti's Motion.

3. Good cause exists for the agreed modified briefing schedule because Plaintiff is required to respond to two separate motions to dismiss raising distinct claims and legal issues within the same 21-day period. The University Defendants' motion challenges Plaintiff's First and Fourteenth Amendment, supervisory-liability, and § 1983 conspiracy claims, while Defendant Petitti's motion separately challenges Plaintiff's claims for Section 1983 conspiracy and civil conspiracy, tortious interference with a business expectancy, intentional infliction of emotional distress, negligence, and defamation. On Thursday, August 20, 2026, undersigned counsel for Plaintiff realized that they would need additional time to complete both motion responses. Undersigned counsel for Plaintiff contacted Defendant Petitti's counsel that day to request a two-week extension. Defendant Petitti's counsel agreed to the requested extension on Friday, August 21, 2026, provided that his reply deadline be extended by one additional week. The parties therefore jointly request the modified briefing schedule to permit adequate time for both Plaintiff's response and Defendant Petitti's reply.

4. IT IS FURTHER STIPULATED AND AGREED that this stipulation or extension does not constitute a waiver of any claim, right, or defense.

5. No party will be prejudiced by modifying this briefing schedule and neither Plaintiff nor Defendant Petitti oppose this extension.

Dated: August 24, 2026

Respectfully submitted,
ABDNOUR WEIKER LLP

*s/Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Mitchell D. Sickon (P82407)
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
mitch@education-rights.com

Mark A. Weiker (P85381)
Jessica N. Moore (OH: 0101098)
262 S. Third St.
Columbus, OH 43215
(614) 745-2001
mark@education-rights.com
jessica@education-rights.com

*Attorneys for Plaintiff*

Dated: August 24, 2026

*s/ David H. Hoffman*
David H. Hoffman
Tacy F. Flint
Thomas H. Collier
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

(312) 853-7000
david.hoffman@sidley.com
tflint@sidley.com
tcollier@sidley.com

Derek J. Linkous (P82268)
Susan McKeever (P73533)
BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800
linkous@bsplaw.com
mckeever@bsplaw.com

*Attorneys for Defendant Petitti*

**IT IS SO ORDERED.**

Dated: August 25, 2026

s/Shalina D. Kumar
**HON. SHALINA D. KUMAR**
**United States District Judge**