**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CHRIS PARTRIDGE**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIVERSITY OF MICHIGAN, et al.**<br><br>**Defendants.** | **Case No. 4:26-cv-10821**<br><br>**District Judge Shalina Kumar**<br><br>**Magistrate Judge Curtis Ivy, Jr.** |

**NOTICE OF APPEARANCE**

Now comes Ashley A. Dylenski of Abdnour Weiker, LLP and hereby enters an appearance as counsel of record on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

***/s/ Ashley A. Dylenski, Esq.***
Ashley A. Dylenski, Esq. (P88208)
Abdnour Weiker, LLP
325 E. Grand River Ave.
Suite 250
East Lansing, MI 48823
P: 517-994-1776
F: 614-417-5081
ashley@education-rights.com
*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 7, 2026. Notice of this filing will be sent to all parties by operation of this court's electronic filing system.

Respectfully submitted,

***/s/ Ashley A. Dylenski, Esq.***
Ashley A. Dylenski, Esq. (P88208)