**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CHRIS PARTRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN; UNIVERSITY OF MICHIGAN BOARD OF REGENTS; SANTA ONO, in his official and individual capacities; WARDE MANUEL, in his official and individual capacities; and TONY PETITTI,<br><br>Defendants. | ) | Case No. 4:26-cv-10821<br><br>Hon. Shalina D. Kumar<br><br>Mag. Judge Curtis Ivy, Jr. |

---

**REPLY BRIEF IN SUPPORT OF DEFENDANT TONY PETITTI'S**
**MOTION TO DISMISS WITH PREJUDICE – EXHIBIT LIST**

**Exhibit A.** Unpublished Cases

*Ellis v. Dykema Gossett PLLC*,
No. 301131, 2013 WL 3717799 (Mich. Ct. App. July 16, 2013).