**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CHRIS PARTRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN; UNIVERSITY OF MICHIGAN BOARD OF REGENTS; SANTA ONO, in his official and individual capacities; WARDE MANUEL, in his official and individual capacities; and TONY PETITTI,<br><br>Defendants. | ) | Case No. 4:26-cv-10821<br><br>Hon. Shalina D. Kumar<br><br>Mag. Judge Curtis Ivy, Jr. |

**MOTION FOR LEAVE TO WITHDRAW**

Thomas Collier moves the Court for entry of an order permitting him to withdraw as counsel for Defendant Tony Petitti. Mr. Collier will be leaving the law firm of Sidley Austin LLP on October 2, 2026, and consequently will no longer be involved in this case.

Mr. Petitti will continue to be represented by David H. Hoffman, Tacy F. Flint, Larry P. Fogel, and Regan M. Hawkins of Sidley Austin LLP and Derek J. Linkous and Susan McKeever of Bush Seyferth PLLC.

Pursuant to Local Rule 7.1(a), counsel for Petitti sent a detailed email to counsel for the University of Michigan, University of Michigan Board of Regents, Santa Ono, and Warde Manuel (the "University Defendants"), and to counsel for Plaintiff, describing the basis for this Motion. Counsel for the University Defendants and counsel for Plaintiff both indicated that they did not oppose the relief sought in this Motion.

WHEREFORE, Thomas Collier respectfully requests this Court enter an order allowing him to withdraw as counsel for Defendant Tony Petitti and that his name be removed from the docket and ECF notification.

Dated: October 2, 2026

By: /s/ *Thomas H. Collier*

David H. Hoffman
Tacy F. Flint
Thomas H. Collier
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
david.hoffman@sidley.com
tflint@sidley.com
tcollier@sidley.com

Derek J. Linkous (P82268)
Susan McKeever (P73533)
BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800
linkous@bsplaw.com
mckeever@bsplaw.com

*Attorneys for Defendant Tony Petitti*