UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Chris Partridge,

Plaintiff(s),

v.

Case No. 4:26−cv−10821−SDK−CI
Hon. Shalina D. Kumar

University of Michigan, et al.,

Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Shalina D. Kumar for the following motion(s):

Motion to Dismiss − #23
Motion to Dismiss − #24

- MOTION HEARING: January 13, 2027 at 10:00 AM

The public may access the audio proceedings with the following connection information.

***PHONE NUMBER:*** 669−254−5252
***MEETING ID:*** 165 780 0445

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

By: s/T. Hallwood
Case Manager

Dated: November 2, 2026